OPINION — AG — ** PARDON AND PAROLE COMMISSION — CRIMINAL TRANSACTIONS — SENTENCE ** (1) INMATES CONVICTED OF THREE SEPARATE AND DISTINCT ROBBERY TRANSACTIONS SENTENCED TO LESS THAN TEN(10) CALENDAR YEARS ARE BARRED FROM PAROLE CONSIDERATION UNDER 21 O.S. 801 [21-801] (2) 21 O.S. 801 [21-801] BANS A DEDUCTION OF CREDITS, INCLUDING EARNED CREDITS, FROM THE SENTENCE OF A THRICE CONVICTED ROBBER FOR A PERIOD OF TEN(10) CALENDAR YEARS. (CRIMES, AFTER FORMER CONVICTION OF FELONY, ELIGIBILITY) CITE: ARTICLE VI, SECTION 10, OPINION NO. 83-301, 57 O.S. 224 [57-224], 75 O.S. 22 [75-22], 21 O.S. 801 [21-801], 57 O.S. 138 [57-138], 57 O.S. 138D [57-138D] [57-138D], 57 O.S. 332.7 [57-332.7], 57 O.S. 138A [57-138A], 57 O.S. 138B [57-138B], 57 O.S. 138C [57-138C], 57 O.S. 138D [57-138D], 57 O.S. 138.1 [57-138.1], 57 O.S. 224 [57-224] (SUSAN STEWART DICKERSON)